UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-24560-Civ-COOKE/BANDSTRA

MIRTHA GARCIA,

    Plaintiff

vs.

NATIONS RECOVERY CENTER, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Vol. Dismissal With Prejudice, ECF No. 5).  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of January 2011.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*